# 20TH JUDICIAL DISTRICT



**JOHN W. YOUNGBLOOD**
*District Judge*

**ANGELA RALSTON, CSR**
*Official Court Reporter*

**JUDY KOPRIVA**
*Court Coordinator*

PH: 254-697-7010
FAX: 254-697-7012
102 S. FANNIN • SUITE 4
MILAM COUNTY COURTHOUSE
CAMERON, TEXAS 76520

January 15, 2015

Mr. Jeffrey D. Kyle, Clerk
Third District of Texas
Court of Appeals
Post Office Box 12547
Capitol Station
Austin, Texas 78711

> Re:  COA No. 03-14-00704-CV
>
> Cause No. CV36,279; 2004 Dodge Ram 1500 TX LP #CPL1988; 2000 Buick TX LP #CV1N817 v. The State of Texas

Dear Mr. Kyle:

Please be advised that I have received a letter from Mr. Ross Watson in the above case regarding an Affidavit of Indigency regarding his client.

My letter is to advise the Court that Mr. Watson communicated to me via email on November 20, 2014 stating: "We are not requesting a reporter's record because it is unnecessary under 166a, and would only duplicate costs (which could result in penalty against me, or my client)." Due to this communication from Mr. Watson, a Reporter's Record will not be filed in the above case.

If you have any questions, please feel free to contact me via email or the telephone number listed above.

Sincerely,

/s/ *Angela Ralston*

Angela Ralston, CSR

Cc:  W.W. Torrey, Esq.
Ross Watson, Esq.